IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RENE S. MERSWIN,

    Plaintiff,

    v.

THE WILLIAMS COMPANIES, INC.,

    Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-2177-TWT

## ORDER

This is an employment discrimination case. It is before the Court on the Report and Recommendation [16] of the Magistrate Judge recommending granting the Defendant's Motion to Transfer this case to the United States District Court for the Northern District of Oklahoma. The Court approves and adopts the Report and Recommendation of the Magistrate Judge as the Judgment of the Court. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Defendant's Motion to Transfer this case to the United States District Court for the Northern District of Oklahoma is Granted.

SO ORDERED, this 29 day of January, 2009.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge